UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND    DIVISION

JUSTIN JAMES BRIDGES

(Enter full name of plaintiff(s))

Plaintiff(s),

v.

CITY OF PORTLAND, et al.

(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. _____
(to be assigned by Clerk of the Court)

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, JUSTIN JAMES BRIDGES, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes ☒ No

   If "Yes" state the place of your incarceration: _____

   **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☐ No ☒ Self-employed (MUSICIAN)

   a. If the answer is "Yes," state:

      Employer's name: _____

      Employer's address: _____

      Amount of take-home pay or wages: $_____ per _____ (specify pay period)

    b.    If the answer is "No," state:

        Name of last employer: _____

        Address of last employer: _____

        Date of last employment: _____

        Amount of take-home salary or wages: $_____ per _____ (*specify pay period*)

3. Is your spouse or significant-other employed? ☐ Yes ☐ No ☐ Self-employed ☒ Not applicable
If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

4. In the past 12 months have you received any money from any of the following sources?

    a.    Business, profession or other self-employment  ☒ Yes ☐ No

        If "Yes," state: Amount received:  $ *75-100 per month*

        Amount expected in future:  $ *SAME*

    b.    Rent payments, interest, or dividends  ☐ Yes ☒ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    c.    Pensions, annuities, or life insurance payments  ☐ Yes ☒ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    d.    Disability or workers compensation payments  ☐ Yes ☒ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    e.    Gifts or inheritances  ☐ Yes ☒ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    f.    Any other sources  ☒ Yes ☐ No

        If "Yes," state: Source: *ROYALTIES*

        Amount received:  $ *$1000 - $3200 per year*

        Amount expected in future:  $ *Same*

5. Do you have cash or checking or savings accounts? (including prison trust accounts)?   ☒ Yes ☐ No

   If "Yes," state the total amount: __$8.25__

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes ☒ No

   If "Yes," describe the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____

7. Do you have any other assets?   ☐ Yes ☒ No

   If "Yes," list the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?   ☒ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense.
   $200 per month — HOUSING
   $50–100 per month — TRANSPORTATION
   $100–150 per month — FOOD
   $267 per month — CAR PAYMENT
   _____

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   __NO__
   _____
   _____
   _____
   _____

10.     Do you have any debts or financial obligations?    ☑ Yes   ☐ No

If "Yes," describe the amounts owed and to whom they are payable.

College Loan — $10,000 — Sally Mae

_____

_____

_____

_____

_____

If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

3-20-12
DATE                   SIGNATURE OF APPLICANT

JUSTIN JAMES BRIDGES
PRINTED NAME OF APPLICANT