**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**JUSTIN JAMES BRIDGES**

                          **Plaintiff(s),**

**v.**                                                    Case No.: 3:12–cv–01276–ST

**CITY OF PORTLAND, et al.**              NOTICE REGARDING CIVIL
                                                             CASE PROCEDURES

                          **Defendant(s).**
                                                             (NON–CONSENT CASE)

_____ /

**NOTICE REGARDING CIVIL CASE PROCEDURES**

    **1.**    If all parties file written consents to allow a Magistrate Judge to enter final orders and judgment in this case in accordance with FRCP 73 and 28 USC § 636(c), then the court will waive the Pretrial Order and hold a telephone conference to set a trial date before Magistrate Judge Stewart. Otherwise, upon the filing of the Pretrial Order, the case will be transferred to a district judge to set a trial date.

    **2.**    When submitting dispositive motions and memoranda to the Court, the parties shall either submit (in a format compatible with Word or WordPerfect) a disk containing their motions and memoranda, excluding exhibits, or send copies by e–mail to Jenny_Raun@ord.uscourts.gov. A MOTION, RESPONSE, OR REPLY WHICH FAILS TO COMPLY WITH THIS ORDER MAY BE STRICKEN.

    **3.**    Pursuant to Local Rule 100–7, parties must file paper copies of dispositive motions, motions for injunctive relief, and any documents in excess of ten (10) pages (including responses and replies to motions, as wells as attachments, exhibits, affidavits or declarations), marked as a "JUDGE'S COPY," by delivering them to the Clerk's Office within three business (3) days after the electronic filing. Parties are encouraged to submit all documents in an organized fashion, preferably 3–hole punched on the side and, if voluminous, in binders with tabs.

    **4.**    Pursuant to Local Rule 7–1(a)(1), the party filing a motion must certify in the first paragraph of the motion that:

        **(A)**    The parties made a good faith effort through personal or telephone conferences to resolve the dispute, and have been unable to do so; or

        **(B)**    The opposing party willfully refused to confer; or

        **(C)**    The moving party or opposing party is a prisoner not represented by counsel.

    The court may deny any motion that fails to include this certification.

    **5.**    Any scheduling questions, requests for conferences, or other case–related concerns should be directed to Judge Stewart's courtroom deputy, Jenny Raun, who may be reached by telephone at (503) 326–8057, or by e–mail at Jenny_Raun@ord.uscourts.gov.