TRACY POOL REEVE, Oregon State Bar ID #891123
Chief Deputy City Attorney
Email: tracy.reeve@portlandoregon.gov
DAVID A. LANDRUM, Oregon State Bar ID #955425
Deputy City Attorney
Email: david.landrum@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Attorney for Defendants City of Portland, Sgt. Jami Resch,
Sgt. Joe Santos, Officer Berg, Officer Rafael Cortada,
Officer Jason Graf, Officer Dave Thoman and Officer D. Williams

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JUSTIN JAMES BRIDGES, an individual,** | 3:12-cv-01276-ST |
| PLAINTIFF, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| **CITY OF PORTLAND, a municipal corporation; ET AL.,** | |
| DEFENDANTS. | |

NOTICE IS HEREBY GIVEN that Tracy Pool Reeve, OSB #891123, Chief Deputy City

Attorney, is hereby added as an attorney of record for Defendants City of Portland, Sgt. Jami

Resch, Sgt. Joe Santos, Officer Berg, Officer Rafael Cortada, Officer Jason Graf, Officer Dave

Thoman and Officer D. Williams.

DATED: February 5, 2013.

David A. Landrum, OSB #955425
Senior Deputy City Attorney
Of Attorneys for Defendants City of
Portland, Sgt. Jami Resch, Sgt. Joe Santos,
Officer Berg, Officer Rafael Cortada,
Officer Jason Graf, Officer Dave Thoman
and Officer D. Williams

Tracy Pool Reeve, OSB #891123
Chief Deputy City Attorney
Of Attorneys for Defendants City of
Portland, Sgt. Jami Resch, Sgt. Joe Santos,
Officer Berg, Officer Rafael Cortada,
Officer Jason Graf, Officer Dave Thoman
and Officer D. Williams

Page 1 –  NOTICE OF ASSOCIATION OF COUNSEL