Robert S. Wagner, OSB #844115
David C. Lewis, OSB #953348
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com
       dcl@miller-wagner.com

    Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES BRIDGES, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF PORTLAND, a municipal corporation; SGT. JAMI RESCH, an individual; SGT. JOE SANTOS, an individual; OFFICER BERG, an individual; OFFICER RAFAEL CORTADA, an individual; OFFICER JASON GRAF, an individual; OFFICER DAVE THOMAN, an individual; OFFICER D. WILLIAMS, an individual; OFFICER AMY FOSTER, an individual; JOHN AND JANE DOES 1 THROUGH 50, individual police officers from various police departments; JOHN AND JANE DOES 51 THROUGH 56, individual officers with the Portland Police Bureau bicycle division; CITY OF BEAVERTON; CITY OF GRESHAM; CITY OF HILLSBORO; CITY OF LAKE OSWEGO; CITY OF MILWAUKIE; CITY OF SALEM; CITY OF OREGON CITY; CITY OF TIGARD; CITY OF TUALATIN; and CITY OF VANCOUVER, WASHINGTON. <br><br> Defendants. | Case No. 3:12-cv-01276-ST <br><br> STIPULATION FOR DISMISSAL AS TO DEFENDANTS CITY OF BEAVERTON, CITY OF GRESHAM, CITY OF HILLSBORO, CITY OF LAKE OSWEGO, CITY OF MILWAUKIE, CITY OF OREGON CITY, CITY OF TIGARD, CITY OF TUALATIN AND CITY OF SALEM ONLY |

Page 1 -  STIPULATION FOR DISMISSAL AS TO DEFENDANTS CITY OF BEAVERTON, CITY OF GRESHAM, CITY OF HILLSBORO, CITY OF LAKE OSWEGO, CITY OF MILWAUKIE, CITY OF OREGON CITY, CITY OF TIGARD, CITY OF TUALATIN AND CITY OF SALEM ONLY

**MILLER & WAGNER LLP**
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

Pursuant to FRCP 41(a)(1)(A)(ii), plaintiff, by and through his attorney, Thomas Freedman, hereby files this stipulated dismissal of defendants City of Beaverton, City of Gresham, City of Hillsboro, City of Lake Oswego, City of Milwaukie, City of Oregon City, City of Tigard, City of Tualatin and City of Salem from the above captioned lawsuit with prejudice and without costs or attorney fees to either party.

DATED this 7th day of February, 2013.

                              PEARL LAW, LLC

                              /s/ Thomas Freedman
                              Thomas Freedman, OSB #080697
                              Of Attorneys for Plaintiff

IT IS SO STIPULATED:

| /s/ David A. Landrum | /s/ Kenneth S. Montoya |
|---|---|
| David A. Landrum, OSB #955425 | Kenneth S. Montoya, OSB #064467 |
| Tracy Pool Reeve, OSB #891123 | Of Attorneys for Defendant City of Salem |
| Of Attorneys for City of Portland Defendants | |

| /s/ Alison Jayne Chinn | /s/ David C. Lewis |
|---|---|
| Theodore H. Gathe, OSB #880485 | David C. Lewis, OSB #953348 |
| Alison Jayne Chinn, OSB #840205 | Of Attorneys for Defendants |
| Of Attorneys for Defendant City of Vancouver | City of Beaverton, City of Gresham, City of Hillsboro, City of Lake Oswego, City of Milwaukie, City of Oregon City, City of Tigard and City of Tualatin |

Page 2 - STIPULATION FOR DISMISSAL AS TO DEFENDANTS CITY OF BEAVERTON, CITY OF GRESHAM, CITY OF HILLSBORO, CITY OF LAKE OSWEGO, CITY OF MILWAUKIE, CITY OF OREGON CITY, CITY OF TIGARD, CITY OF TUALATIN AND CITY OF SALEM ONLY

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing STIPULATION FOR DISMISSAL AS TO DEFENDANTS CITY OF BEAVERTON, CITY OF GRESHAM, CITY OF HILLSBORO, CITY OF LAKE OSWEGO, CITY OF MILWAUKIE, CITY OF OREGON CITY, CITY OF TIGARD, CITY OF TUALATIN AND CITY OF SALEM ONLY, on the following party at the following address by notice of electronic filing using the CM/ECF system:

    Thomas Freedman
    Pearl Law LLC
    522 SW 5th Ave., Suite 1100
    Portland, Oregon 97204
    503-295-6296
    thomas@prllaw.com
        Of Attorneys for Plaintiff

    David A. Landrum
    Tracy Pool Reeve
    Portland Office of City Attorney
    1221 SW 4th Ave., Suite 430
    Portland, Oregon 97204
    503-823-4047
    David.Landrum@portlandoregon.gov
    Tracy.Reeve@portlandoregon.gov
        Of Attorneys for Defendant City of Portland

    Kenneth S. Montoya
    City Attorney's Office
    555 Liberty St., S.E., Room 205
    Salem, Oregon 97301
    503-588-6003
    kmontoya@cityofsalem.net
        Of Attorneys for Defendant City of Salem

    Theodore H. Gathe
    Alison Jayne Chinn
    City Attorney's Office
    City of Vancouver
    210 E. 13th Street
    Vancouver, WA 98660
    360-696-8251
    ted.gathe@cityofvancouver.us
        Of Attorneys for Defendant City of Vancouver

///

Page 1 -   CERTIFICATE OF SERVICE

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

DATED this 7th day of February, 2013.

        /s/ David C. Lewis
Robert S. Wagner, OSB #844115
David C. Lewis, OSB #953348
503-299-6116

Page 2 -    CERTIFICATE OF SERVICE

**MILLER & WAGNER** LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116