UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

JUSTIN JAMES BRIDGES,

    Plaintiff,

  v.

CITY OF PORTLAND,
a municipal corporation, et al.,

    Defendant(s).

3:12-cv-01276 -ST

ORDER OF DISMISSAL AS TO DEFENDANTS CITY OF BEAVERTON, CITY OF GRESHAM, CITY OF HILLSBORO, CITY OF LAKE OSWEGO, CITY OF MILWAUKIE, CITY OF OREGON CITY, CITY OF TIGARD, CITY OF TUALATIN AND CITY OF SALEM ONLY

STEWART, Magistrate Judge:

## ORDER

Based on the STIPULATION FOR DISMISSAL, document [27],

IT IS ORDERED AND ADJUDGED that defendants City of Beaverton, City of Gresham, City of Hillsboro, City of Lake Oswego, City of Milwaukie, City of Oregon City, City of Tigard, City of Tualatin and City of Salem are DISMISSED with prejudice and without costs or attorney fees to either party.

DATED February 8, 2013.

                        s/ Janice M. Stewart
                        Janice M. Stewart
                        United States Magistrate Judge

1 – ORDER OF DISMISSAL