UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JUSTIN JAMES BRIDGES  
Plaintiff(s),

v.

CITY OF PORTLAND, et al.  
Defendant(s).

Case No.: 3:12-cv-01276-ST

_____ /

### Fed. R. civ. P. 26(a) Discovery Agreement

In accordance with LR 26-2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 2-20-13

Signature: /s/

Name and OSB ID: Thomas Freeman, OSB# 080697

E-mail Address: thomas@pcllaw.com

Firm Name: Pearl Law LLC

Mailing Address: 522 SW 5th Ave Ste 1100

City, State, Zip: Portland, OR 97204

Parties Represented: Plaintiff

cc: Counsel of Record