**Judy Danelle Snyder, OSB No. 732834**
E-mail: *judy@jdsnyder.com*
LAW OFFICES OF JUDY SNYDER
1000 S.W. Broadway, Suite 2400
Portland, OR 97205
Telephone: (503) 228-5027
Facsimile: (503) 241-2249

**James McCandlish, OSB No. 752569**
Email: *jmccandlish@comcast.net*
465 NE 181st, No. 500
Portland, OR 97230
Telephone: 503-224-2349
Facsimile:  503-224-9201

Of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| JUSTIN JAMES BRIDGES, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; SGT. JAMI RESCH, an individual; SGT. JOE SANTOS, an individual; OFFICER BERG, an individual; OFFICER RAFAEL CORTADA, an individual; OFFICER JASON GRAF, an individual; OFFICER DAVE THOMAN, an individual; OFFICER D. WILLIAMS, an individual; OFFICER AMY FOSTER, an individual; JOHN AND JANE DOES 1 THROUGH 50, individual police officers from various police departments; JOHN AND JANE DOES 51 THROUGH 56, individual officers with the Portland Police Bureau bicycle division; CITY OF BEAVERTON; CITY OF GRESHAM; CITY OF HILLSBORO; CITY OF LAKE OSWEGO; CITY OF MILWAUKIE; CITY OF SALEM; CITY OF OREGON CITY; CITY OF TIGARD; CITY OF TUALATIN; and CITY OF VANCOUVER, WASHINGTON,<br><br>                      Defendants. | Case No. 3:12-cv-01276-ST<br><br>STIPULATION OF LIMITED DISMISSAL |

PAGE 1 - STIPULATION OF LIMITED DISMISSAL

LAW OFFICES OF JUDY SNYDER
1000 S W. BROADWAY
SUITE 2400
PORTLAND, OREGON 97205
(503) 228-5027
FAX (503) 241-2249

Pursuant to FRCP 41(a)(1), plaintiff and defendants City of Vancouver, Washington and Officer Amy Foster, hereby stipulate that this matter shall be dismissed as to plaintiff's claims against defendants City of Vancouver, Washington and Officer Amy Foster with prejudice and without costs and/or attorneys fees as to any party.

_____
JUDY DANELLE SNYDER, OSB No. 732834
Telephone: (503) 228-5027
Facsimile: (503) 241-2249
E-mail: judy@jdsnyder.com
Of Attorneys for Plaintiff

DATED: July 18, 2013

_____
DANIEL G. LLOYD, #110670
Telephone: 360-487-8500
Facsimile: 360-487-8501
Email: dan.lloyd@cityofvancouver.us
Of Attorneys for Defendants
City of Vancouver, Washington and Officer Amy Foster

DATED: 7/18/2013

PAGE 2 - STIPULATION OF LIMITED DISMISSAL

LAW OFFICES OF JUDY SNYDER
1000 S.W. BROADWAY
SUITE 2400
PORTLAND, OREGON 97205
(503) 228-5027
FAX (503) 241-2249