IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JUSTIN JAMES BRIDGES, an individual,

    Plaintiff,

v.

CITY OF PORTLAND, *et al.*

    Defendants.

No: 3:12-cv-01276-ST

ORDER OF DISMISSAL AS TO DEFENDANTS CITY OF VANCOUVER, WASHINGTON AND OFFICER AMY FOSTER ONLY

STEWART, Magistrate Judge:

## ORDER

Based on the STIPULATION OF LIMITED DISMISSAL, document [35],

IT IS HEREBY ORDERED AND ADJUDGED that defendants City of Vancouver, Washington and Officer Amy Foster are DISMISSED with prejudice and without costs or attorney fees to either party.

DATED on July 22, 2013.

                                          s/ Janice M. Stewart
                                          Janice M. Stewart
                                          United States Magistrate Judge